No. 87–222.   SILVER v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 87–250.   REAL, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA v. YAGMAN. C. A. 9th Cir.   Certiorari denied.

No. 87–268.   BAKER v. DEPARTMENT OF THE NAVY.   C. A. 9th Cir.   Certiorari denied.

No. 87–341.   CAMPBELL ET UX. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 87–346.   FERNANDEZ v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 87–373.   TRANSAMERICA AIRLINES, INC. v. AIR LINE PILOTS ASSN., INTERNATIONAL.   C. A. 9th Cir.   Certiorari denied.

No. 87–395.   ROE v. UNITED STATES.   C. A. D. C. Cir.   Certiorari denied.

No. 87–407.   OFSHE v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 87–445.   ALLISON v. HAMILTON.   C. A. 9th Cir.   Certiorari denied.

No. 87–448.   HESTER, AGENT-IN-CHARGE, WESTERN DISTRICT, TENNESSEE ALCOHOLIC BEVERAGE COMMISSION v. MCGEE, DBA THE LIQUOR CENTER.   C. A. 8th Cir.   Certiorari denied.

No. 87–455.   NAKASHIAN v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 87–458.   NIEVES ET AL. v. HESS OIL VIRGIN ISLANDS CORP.   C. A. 3d Cir.   Certiorari denied.

No. 87–495.   ADKINS v. SEABOARD SYSTEM RAILROAD.   C. A. 6th Cir.   Certiorari denied.